IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. Cr. 2:16-CR-00160 -JAM |
| | ) | |
| Plaintiff, | ) | RELEASE ORDER |
| | ) | |
| v. | ) | |
| | ) | JUDGE: Hon. John A. Mendez |
| JOHNNY MICHAEL CASTRO, | ) | |
| | ) | |
| Defendant | ) | |

IT IS HEREBY ORDERED that defendant JOHNNY MICHAEL CASTRO, be released on June 21, 2017 at 9:00 a.m. from the Custody of the United States Marshal's Service to his mother, Rachel Castro, who will transport him to Into the Solution, Inc., a residential transitional living house. Also, Mr. Castro is ordered to successfully complete Second Chance, Inc., an outpatient addiction recovery program while he resides at Into the Solution, Inc. These new conditions are incorporated below in Mr. Castro's amended special conditions of supervision.

DATED: June 20, 2017.

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

Castro - Release Order

## **AMENDED SPECIAL CONDITIONS OF SUPERVISION**

The defendant shall also comply with the following special conditions:

1. The defendant shall submit to the search of his person, property, home, and vehicle, by a United States probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. The defendant shall provide the probation officer with access to any requested financial information.

3. As directed by the probation officer, the defendant shall participate in an outpatient correctional treatment program to obtain assistance for drug or alcohol abuse.

4. As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

5. As directed by the probation officer, the defendant shall participate in a program of outpatient mental health treatment.

6. The defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse for a period of up to 90 days, and up to 10 additional days for substance abuse detoxification services if deemed necessary.

7. The defendant's residence shall be pre-approved by the probation officer. The defendant shall not reside in direct view of places such as school yards, parks, public swimming pools, or recreational centers, playgrounds, youth centers, video arcade facilities, or other places primarily used by children under the age of 18.

8. The defendant shall reside and remain at Into the Solution, Inc., a residential transitional living house, for up to 90 days in order to attend and successfully complete Second Chance, Inc., an addiction recovery outpatient program in Alameda County.

Castro - Release Order