IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNNY MICHAEL CASTRO,<br><br>Defendant. | Case No. 2:16-cr-160 JAM<br>)<br>) RELEASE ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On June 5, 2018, this Court sentenced Mr. Castro to time served. Therefore, Mr. Johnny Michael Castro should be ordered released in this case.

Good cause appearing therefor,

IT IS ORDERED that JOHNNY MICHAEL CASTRO be released from federal custody in the above-captioned case, immediately.

Dated: June 5, 2018

/s/ John A. Mendez_____ ____
HON. JOHN A. MENDEZ
United States District Court Judge

-1-